AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
### District of Colorado

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| TROY G. PETERSON | Case No.  12-po-00051-gpg |
|  | USM No. |
|  | STEPHEN LAICHE |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.2 | Operation of Motor Vehicle without Valid Driver License | 07/01/2012 | 1 |
| CRS 42-2-101(1) | | | |

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| Total: | $ 10.00 | $ 50.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  4829

Defendant's Year of Birth:  1962

City and State of Defendant's Residence:
526 1/2 281/2 Rd. Grand Junction, CO 81501

01/15/2013
Date of Imposition of Judgment

/s/ Gordon P. Gallagher
Signature of Judge

Gordon P. Gallagher Magistrate
Name and Title of Judge

01/15/2013
Date