AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of ____Colorado____

| UNITED STATES OF AMERICA | Judgment in a Criminal Case —Amended |
|---|---|
| v. | (For a Petty Offense) — Short Form |
|  | Case No. 12-PC-51-GPG |
| TROY G. PETERSON | USM No. |
|  | Stephen Laiche |
|  | Defendant's Attorney |

**THE DEFENDANT:**

■ **THE DEFENDANT** pleaded guilty to count(s)    1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. 4.2 | Operation of Motor Vehicle without Driver License | 07/01/2012 | 1 |
| CRS 42-2-101(1) | | | |

☐ Count(s) _____    ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 10.00 | $ 50.00 *Fine and assessment due by 4/15/2013 |

Last Four Digits of Defendant's Soc. Sec. No.:  4829

Defendant's Year of Birth: 1962

City and State of Defendant's Residence:
Grand Junction, CO

January 15, 2013
Date of Imposition of Judgment

Signature of Judge

Gordon P. Gallagher Magistrate Judge
Name and Title of Judge

3-14-13
Date